■ In the Matter of Romeo J., a Person Alleged to be a Juvenile Delinquent, Appellant. [65 NYS3d 455]—

Appeals from orders of disposition, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about April 19, 2017, which adjudicated appellant a juvenile delinquent upon his admissions that he committed acts that, if committed by an

adult, would constitute the crimes of grand larceny in the fourth degree, aggravated harassment in the second degree and criminal mischief in the fourth degree, and placed him with the Administration for Children's Services' Close to Home program for a period of 12 months, unanimously dismissed as moot, without costs.

These appeals challenging dispositional orders, but not the underlying juvenile delinquency adjudications, are moot because appellant has also been placed with the Close to Home program under another dispositional order, from which he has not taken an appeal. Therefore, the placement would remain the same regardless of the outcome of these appeals (*see People ex rel. Bourlaye T. v Connolly*, 25 NY3d 1054 [2015]).

In any event, we find defendant's challenges to the dispositional orders unavailing. Concur—Gische, J.P., Webber, Oing, Singh and Moulton, JJ.